**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Arthur WILLIAMS, a/k/a
Fast, Defendant–Appellant.**

**No. 04–6729.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2004.

Decided: Dec. 20, 2004.

James Arthur Williams, Appellant pro se.

Fernando Groene, Office of the United States Attorney, Newport News, Virginia, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Arthur Williams appeals the district court's order denying his motion filed under 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Williams*, No. CR–02–32 (E.D. Va. Feb. 12 & filed Feb. 18; entered Feb. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*